1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  FRANK D. KORTUM
   Assistant United States Attorney
6  Asset Forfeiture Section
   California State Bar No. 110984
7       United States Courthouse
        312 N. Spring Street, Suite 1400
8       Los Angeles, California  90012
        Telephone:  (213) 894-5710
9       Facsimile:  (213) 894-7177
        Email:      frank.kortum@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$69,500.00 IN U.S. CURRENCY;<br>AND $87,188.53 IN BANK ACCOUNT<br>FUNDS,<br><br>        Defendants.<br><hr>SURINDER DANG; SAMEER DANG;<br>COMPLETED MEDICAL CARE, INC.;<br>RESORT CONSULTING CORP.; HALO<br>RESORTS, INC.; SEA TO SKI<br>VACATION CLUB; and KANCHAN<br>KUMAR,<br><br>        Claimants.<br><hr>AND CONSOLIDATED ACTION. | NO.  CV 06-3707-ODW (CTx)<br>[AND THE FOLLOWING<br>CONSOLIDATED ACTION: <u>United<br>States v. $405,270.02 in<br>Bank Account Funds</u>, CV 06-<br>5318-GAF (CTx)]<br><br>**PARTIAL CONSENT JUDGMENT AS<br>TO $156,465.47 IN BANK<br>ACCOUNT FUNDS**<br><br>[This Proposed Consent<br>Judgment Is Not Dispositive<br>of This Entire Action] |

On June 14, 2006, plaintiff United States of America ("plaintiff" or the "government") initiated this action by filing a Complaint for Forfeiture against $69,500.00 U.S. Currency and $87,188.52 in bank account funds. The government alleged that the defendant assets were subject to forfeiture pursuant to 18 U.S.C. §§ 981 (a)(1)(A) and (C) and 21 U.S.C. § 881 (a)(6).

On August 23, 2006, the government filed a Complaint for Forfeiture against $405,270.00 in bank account funds. <u>United States v. $405,270.00 in Bank Account Funds</u>, CV 06-5318-GAF (CTx).[1] The government alleged that the defendant asset was subject to forfeiture pursuant to 18 U.S.C. §§ 981 (a)(1)(A) and (C) and 21 U.S.C. § 881 (a)(6).

Claimant Surinder Dang ("Dang") filed a Statement of Interest on September 27, 2006 in <u>United States v. $405,270.00 in Bank Account Funds</u>, CV 06-5318-GAF (CTx).

The government notified potential claimants of this action and published notice of this action as required by Supplemental Rule G (4)(a) of the Federal Rules of Civil Procedure.

On November 18, 2010, claimant Dang and the government entered into a plea agreement in a related criminal case entitled <u>United States v. Dang</u>, SACR 10-184-CJC. The plea agreement provides for the disposition of all funds in the Halo account, Sea to Ski account, Resort Consulting BOC account and the Resort Consulting WF account. Because the plea agreement (A) does not specifically resolve either of the civil forfeiture actions referenced above with respect to claimant Dang; and (B) does not

---

[1] The <u>$405,270</u> action was consolidated with this action on February 9, 2007, due to similar facts and questions of law.

2

specifically identify the accounts seized in those cases, the parties have requested that the Court enter this Partial Consent Judgment to provide for the disposition of the defendant bank account funds in both civil forfeiture cases pursuant to the terms of the plea agreement.

**IT IS HEREBY ACCORDINGLY ORDERED, ADJUDGED, AND DECREED:**

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981 (a)(1)(A) and (C) and 21 U.S.C. § 881 (a)(6).

3. The parties have agreed through the plea agreement that claimant Dang shall waive any claim, right, title, or interest in the following bank account funds: all funds in the Halo account; all funds in the Sea to Ski account; all funds in the Resort Consulting account at Bank of Orange County; and all funds in the Resort Consulting account at Wells Fargo Bank. The parties agree that the plea agreement does not specify the amounts in each of the accounts listed above.

4. The parties further agree that the balances in the accounts identified above are as follows:

   a. Halo (Bank of Orange County account no. xxxx2768; CATS ID # 06-DEA-465272): $106,122.69;

   b. Sea to Ski (or Ski Vacation Club)(Bank of Orange County account no. xxx2586; CATS ID # 06-DEA-465451): $30,462.16;

   c. Resort Consulting (Bank of Orange County account no. xxx9097; 06-DEA-465471): $19,687.19; and

   D. Resort Consulting (Wells Fargo Bank account no.

| | |
|---|---|
| 1 | xxxxxx6424; 06-DEA-465479):  $193.43. |
| 2 | The total amount of bank account funds to be forfeited to |
| 3 | the government is $156,465.47. |

5. Claimant hereby releases the United States of America, its agencies, officers, and employees, including employees of the Federal Bureau of Investigations, and local law enforcement agencies, their agents, officers, and employees, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees or costs on behalf of claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The Court finds that there was reasonable cause for the institution of these proceedings against the defendant assets. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. The Court further finds that the claimant did not substantially prevail in this action, and the parties shall bear their own attorneys' fees and other costs of litigation.

DATED: May 10, 2011

_____
THE HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

## CONSENT

The government and claimant consent to judgment and waive any right to appeal.

DATED: April ___, 2011

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: April ___, 2011

SCHEPER KIM & HARRIS LLP

_____
MARC S. HARRIS
Attorney for Claimant Surinder Dang