ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California State Bar No. 110984
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California  90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    Email:  frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$69,500.00 IN U.S. CURRENCY; AND $87,188.53 IN BANK ACCOUNT FUNDS,<br><br>    Defendants.<br><br>———————————————<br>SURINDER DANG; SAMEER DANG; COMPLETED MEDICAL CARE, INC.; RESORT CONSULTING CORP.; HALO RESORTS, INC.; SEA TO SKI VACATION CLUB; and KANCHAN KUMAR,<br><br>    Claimants.<br><br>———————————————<br>AND CONSOLIDATED ACTION. | NO.  CV 06-3707-ODW (CTx)<br>[AND THE FOLLOWING CONSOLIDATED ACTION: <u>United States v. $405,270.02 in Bank Account Funds</u>, CV 06-5318-GAF (CTx)]<br><br>[PROPOSED] **PARTIAL CONSENT JUDGMENT AS TO $231,618.48 IN BANK ACCOUNT FUNDS**<br><br>[This Proposed Consent Judgment Is Dispositive of The Entire Action] |

On June 14, 2006, plaintiff United States of America ("plaintiff" or the "government") initiated this action by filing a Complaint for Forfeiture against $69,500.00 U.S. Currency and $87,188.52 in bank account funds. The government alleged that the defendant assets were subject to forfeiture pursuant to 18 U.S.C. §§ 981 (a)(1)(A) and (C) and 21 U.S.C. § 881 (a)(6).

On August 23, 2006, the government filed a Complaint for Forfeiture against $405,270.00 in bank account funds. United States v. $405,270.00 in Bank Account Funds, CV 06-5318-GAF (CTx).[1] The government alleged that the defendant asset was subject to forfeiture pursuant to 18 U.S.C. §§ 981 (a)(1)(A) and (C) and 21 U.S.C. § 881 (a)(6).

Claimant Surinder Dang filed a Statement of Interest on September 27, 2006 in United States v. $405,270.00 in Bank Account Funds, CV 06-5318-GAF (CTx).

Claimant Sameer Dang filed a Statement of Interest on September 27, 2006 in United States v. $405,270.00 in Bank Account Funds, CV 06-5318-GAF (CTx).

The government notified potential claimants of this action and published notice of this action as required by Supplemental Rule G (4)(a) of the Federal Rules of Civil Procedure. The Court having been duly advised of and having considered the matter, and based upon the consent of plaintiff and claimants,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

---

[1] The $405,270 action was consolidated with this action on February 9, 2007, due to similar facts and questions of law.

2.   The Complaint for Forfeiture states a claim for relief
pursuant to 18 U.S.C. §§ 981 (a)(1)(A) and (C) and 21 U.S.C. §
881 (a)(6).
        3.   Notice of this action has been given as required by
law.  Claimants are relieved of their duty to file answers in
this action.  The Court deems that all other potential claimants
admit the allegations of the Complaint for Forfeiture to be true.
        4.   Claimants Surinder Dang and Sameer Dang have agreed
that two (2) bank accounts that were listed as defendants in this
matter were advertently not made the subject of the plea
agreements that were reached with the government in the related
criminal cases.  The two bank accounts not listed in the plea
agreements are:
        a.   Complete Medical Care (Bank of Orange County account
no. xxx9097; CATS ID # 06-DEA-465473):  $194,795.97; and
        b.   JG & Associates (Bank of Orange County account no.
xxx3164; CATS ID # 06-DEA-465474): $36,822.51.
        5.   The parties agree that $50,000.00 from the Complete
Medical Care account shall be returned to claimant Dang in care
of the client trust account of Scheper Kim & Harris.  The
remaining $144,795.97 from the Complete Medical Care account
shall be forfeited to the United States and disposed of in
accordance with law.
        6.   The parties further agree that $36,822.51 in the JG &
Associates account shall be forfeited to the United States and
disposed of in accordance with law.
        7.   Claimants hereby release the United States of America,
its agencies, officers, and employees, including employees of the

3

Federal Bureau of Investigations, and local law enforcement agencies, their agents, officers, and employees, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees or costs on behalf of claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

8. The Court finds that there was reasonable cause for the institution of these proceedings against the defendant assets. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

9. The Court further finds that claimants did not substantially prevail in this action, and the parties shall bear their own attorneys' fees and other costs of litigation.

DATED: April 10, 2011

THE HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

4

## CONSENT

The government and claimants consent to judgment and waive any right to appeal.

DATED: April 13, 2011

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Frank Kortum
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: April 13, 2011

SCHEPER KIM & HARRIS LLP

/s/ Marc Harris *
MARC S. HARRIS
Attorney for Claimant Surinder Dang

* authorized